**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RYANN MORALES, )<br>Plaintiff, )<br> )<br>-vs- )<br> )<br>WALMART INC., DOES 1-10 inclusive, )<br>Defendant(s). )<br> ) | Case No.<br><br>2:22−CV−00492−DJC−DMC<br><br>**ORDER TO DISMISS**<br>**WITH PREJUDICE** |

    IT IS HEREBY ORDERED that pursuant to the Stipulation of the Parties filed, this matter is dismissed in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear their own costs and attorneys' fees.

Dated:  October 3, 2023               /s/ Daniel J. Calabretta
                                                 THE HONORABLE DANIEL J. CALABRETTA
                                               UNITED STATES DISTRICT JUDGE